IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 1 0 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.                                        CRIMINAL NO. 4:04CR20-WN-01

JOHN STEPHENS, SR.

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1) The sentence is reduced from 140 to 110 months;

(2) All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 9th day of July, 2008.

_____Henry T. Wingate_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

/s/ Sandra G. Moses                         /s/ George L. Lucas
ASSISTANT U.S. ATTORNEY                     DEFENSE COUNSEL